IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE DISNEY,

        Plaintiff,                  No. CIV S-06-1322 LKK KJM P

    vs.

JERRY BROWN, et al.,

        Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The in forma pauperis statute permits federal district courts to

> authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1). A court may deny leave to proceed in forma pauperis if it appears from

1

1  the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152
2  F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce
3  the veil of the complaint's factual allegations and dismiss those claims whose factual contentions
4  are clearly baseless."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).  Such allegations include
5  those "describing fantastic or delusional scenarios, claims with which federal district judges are
6  all too familiar."  <u>Neitzke</u>, 490 U.S. at 328; <u>see also  Denton v. Hernandez</u>, 504 U.S. 25, 33
7  (1992) (finding of frivolousness appropriate when allegations are irrational or wholly
8  incredible).

9        Plaintiff alleges that he designed and patented the Great Seal of California in
10 1972; that Jerry Brown, the governor, was impressed with his design and offered to pardon
11 plaintiff if he ever went to prison, in exchange for a sum of money, which plaintiff paid.
12 Plaintiff seeks damages for breach of contract.

13        The court finds these allegations frivolous.

14        IT IS HEREBY RECOMMENDED that plaintiff's request to proceed in forma
15 pauperis be denied and the action be dismissed.

16        These findings and recommendations are submitted to the United States District
17 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
18 after being served with these findings and recommendations, plaintiff may file written objections
19 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
20 and Recommendations."   Plaintiff is advised that failure to file objections within the specified
21 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
22 (9th Cir. 1991).

23 DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

26 2/disn1324.friv